B4 (Official Form 4) (12/07)

# United States Bankruptcy Court
## Eastern District of Pennsylvania

In re    **Hillside Valley, L.P.**

Debtor(s)

Case No. _____

Chapter    **11**

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [*or* chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

| (1)<br><br>*Name of creditor and complete mailing address including zip code* | (2)<br><br>*Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | (3)<br><br>*Nature of claim (trade debt, bank loan, government contract, etc.)* | (4)<br><br>*Indicate if claim is contingent, unliquidated, disputed, or subject to setoff* | (5)<br><br>*Amount of claim [if secured, also state value of security]* |
|---|---|---|---|---|
| City of Allentown<br>435 Hamilton Street<br>Allentown, PA 18101 | City of Allentown<br>435 Hamilton Street<br>Allentown, PA 18101 | Taxes | | 7,988.88 |
| Dinaso & Sons Bldg Supply<br>133 Ocean Ave/Rt 88<br>Lakewood, NJ 08701 | Dinaso & Sons Bldg Supply<br>133 Ocean Ave/Rt 88<br>Lakewood, NJ 08701 | Trade debt | | 19,221.76 |
| E.C. Construction<br>2645 Rising Sun Road<br>Slatington, PA 18080 | E.C. Construction<br>2645 Rising Sun Road<br>Slatington, PA 18080 | Trade debt | | 28,166.00 |
| Eastern Surfaces<br>601 S. 10th Street<br>Allentown, PA 18103 | Eastern Surfaces<br>601 S. 10th Street<br>Allentown, PA 18103 | Trade debt | | 19,284.82 |
| Engines Inc.<br>PO Box 160<br>Northampton, PA 18067 | Engines Inc.<br>PO Box 160<br>Northampton, PA 18067 | Trade debt | | 840.05 |
| Fazio, Mannuzza, Roche<br>20 Commerce Drive<br>Cranford, NJ 07016 | Fazio, Mannuzza, Roche<br>20 Commerce Drive<br>Cranford, NJ 07016 | Trade debt | | 4,284.00 |
| John Deere Construction<br>c/o Bernstein Law Firm<br>707 Grant Street, Suite 2200<br>Pittsburgh, PA 15219 | John Deere Construction<br>c/o Bernstein Law Firm<br>707 Grant Street, Suite 2200<br>Pittsburgh, PA 15219 | Trade debt | | 108,599.77 |
| Modern Handling Equipment Co<br>300 East Madison Ave<br>Clifton Heights, PA 19018 | Modern Handling Equipment Co<br>300 East Madison Ave<br>Clifton Heights, PA 19018 | Trade debt | | 8,340.36 |
| Naturalscapes<br>2704 PA Route 309<br>Orefield, PA 18069 | Naturalscapes<br>2704 PA Route 309<br>Orefield, PA 18069 | Trade debt | | 361.71 |
| Peachtree Business Products<br>PO Box 498<br>Richfield, OH 44286 | Peachtree Business Products<br>PO Box 498<br>Richfield, OH 44286 | Trade debt | | 903.25 |
| Ritter & Plante Associates<br>1701 Walnut Street, Suite 400<br>Philadelphia, PA 19103 | Ritter & Plante Associates<br>1701 Walnut Street, Suite 400<br>Philadelphia, PA 19103 | Trade debt | | 28,000.00 |

B4 (Official Form 4) (12/07) - Cont.

In re   **Hillside Valley, L.P.** _____      Case No. _____

               Debtor(s)

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
(Continuation Sheet)

| (1)<br><br>*Name of creditor and complete mailing address including zip code* | (2)<br><br>*Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | (3)<br><br>*Nature of claim (trade debt, bank loan, government contract, etc.)* | (4)<br><br>*Indicate if claim is contingent, unliquidated, disputed, or subject to setoff* | (5)<br><br>*Amount of claim [if secured, also state value of security]* |
|---|---|---|---|---|
| **Tiger/Dinaso Bldg Supply**<br>**55 Passaic Ave**<br>**Fairfield, NJ 07004** | **Tiger/Dinaso Bldg Supply**<br>**55 Passaic Ave**<br>**Fairfield, NJ 07004** | **Trade debt** | | **10,075.69** |
| **Tri-Jem Enterprises, Inc.**<br>**PO Box 7136**<br>**Sussex, NJ 07461** | **Tri-Jem Enterprises, Inc.**<br>**PO Box 7136**<br>**Sussex, NJ 07461** | **Trade debt** | | **1,712.50** |
| **TVJ Contractors Inc.**<br>**5477 Mauser Rd**<br>**Allentown, PA 18109** | **TVJ Contractors Inc.**<br>**5477 Mauser Rd**<br>**Allentown, PA 18109** | **Trade debt** | | **4,000.00** |
| **Viking Supply**<br>**c/o The Saldana Law Firm**<br>**116 Village Blvd, Suite 200**<br>**Princeton, NJ 08540** | **Viking Supply**<br>**c/o The Saldana Law Firm**<br>**116 Village Blvd, Suite 200**<br>**Princeton, NJ 08540** | **Trade debt** | | **5,558.72** |
| **Wells Fargo Equipment Finance**<br>**733 Marquette Avenue, Suite 700**<br>**Minneapolis, MN 55402** | **Wells Fargo Equipment Finance**<br>**733 Marquette Avenue, Suite 700**<br>**Minneapolis, MN 55402** | **Trade debt** | | **58,185.13** |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

## DECLARATION UNDER PENALTY OF PERJURY
## ON BEHALF OF A CORPORATION OR PARTNERSHIP

     I, the Manager of General Partner of the partnership named as the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.

Date   **June 23, 2011** _____      Signature   **/s/ Richard J. Colasuonno** _____
                                                             **Richard J. Colasuonno**
                                                             **Manager of General Partner**

*Penalty for making a false statement or concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

Software Copyright (c) 1996-2011 CCH INCORPORATED - www.bestcase.com                                  Best Case Bankruptcy